UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA MORA,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION,<br><br>  Respondent,<br><br>and<br><br>CHRISTOPHER M. KLEIN, United States Bankruptcy Judge, BLACK HORSE CAPITAL, FINE CAPITAL INVESTMENTS, et al.,<br><br>  Real Party in Interest. | No. 2:25-cv-2299-TLN-SCR<br><br>**ORDER** |

Petitioner Natasha Mora ("Petitioner") initiated this action by filing a Petition for Writ of Mandamus ("Petition") on August 13, 2025. Because Petitioner is proceeding pro se, this matter was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On August 29, 2025, the magistrate judge filed findings and recommendations, recommending dismissal of the Petition and denial of a motion for a temporary restraining order, which were served on Petitioner and contained notice that any objections to the findings and

1

1    recommendations were to be filed within fourteen (14) days.  (ECF No. 5.)  Petitioner filed timely
2    objections to those findings and recommendations, as well as a First Amended Petition for a Writ
3    of Mandamus ("First Amended Petition") and a renewed motion for a temporary restraining
4    order.  (ECF Nos. 6, 7, 8, 10.)  On September 8, 2025, the magistrate judge filed additional
5    findings and recommendations, recommending dismissal of the Amended Petition and denial of
6    the renewed motion for a temporary restraining order, which were served on Petitioner and which
7    contained notice to Petitioner that any objections to the findings and recommendations were to be
8    filed within fourteen (14) days.  (ECF No. 11.)  Petitioner filed timely objections to those findings
9    and recommendations.  (ECF No. 12.)

10        Petitioner's objections to the second set of findings and recommendations include a
11    proposed Supplement to the Petition for a Writ of Mandamus ("Supplement"), with the assertion
12    that such Supplement cures the defects with the First Amended Petition identified in the
13    magistrate judge's findings and recommendations.  (ECF No. 12 at 2, 7–32.)  The Court finds the
14    Supplement does not cure those defects.

15        The magistrate judge found that the original Petition should be dismissed because
16    Petitioner did not identify clear legal error by Judge Klein and because appellate review is
17    available, among other reasons.  (ECF No. 5 at 11–16.)  Similar reasons support denial of the
18    Supplement.  Petitioner has not shown Judge Klein committed clear error with respect to 11
19    U.S.C. §§ 548, 549 or California's Uniform Voidable Transaction Act ("CUVTA"), or even that
20    Petitioner presented her legal theories under those laws to Judge Klein.  Additionally, Petitioner's
21    argument that "Appeals under § 158 are too slow" lacks meaningful support and also lacks merit
22    because Petitioner did not appeal the orders she now contests, including Judge Klein's order
23    entered more than a year ago.  (ECF No. 12 at 28.)

24        The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602
25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.
26    *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the
27    magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").
28    Having reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2025, (ECF No. 5), and September 8, 2025, (ECF No. 11), are ADOPTED in full;

2. Petitioner's Proposed Supplement to her Petition for Writ of Mandamus, (ECF No. 12 at 7–37), is DISMISSED;

3. Petitioner's Amended Petition for Writ of Mandamus, (ECF No. 8), is DISMISSED;

4. Petitioner's Motion for a Temporary Restraining Order, (ECF No. 3), is DENIED;

5. Petitioner's Renewed Motions for Temporary Restraining Orders, (ECF Nos. 7, 10), are DENIED; and

6. This action is DISMISSED and this case is closed.

DATED: October 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE